IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH

NORTHERN DIVISION

| | |
|---|---|
| FLYING J INC., et al., <br><br> Plaintiffs, <br><br> vs. <br><br> SPRINT COMMUNICATIONS CO., L.L.P., et al., <br><br><br> Defendants. | ORDER & MEMORANDUM DECISION <br><br><br> 1:99-cv-111 |

The court GRANTS the Motion to Reopen filed by Plaintiff Flying J., Inc. (dkt. #145) and has scheduled a status hearing for June 21, 2007 at 10:00 a.m. to discuss the case.

A status hearing is appropriate—as opposed to ruling on the motion to dismiss the counterclaim—based on the court's order granting the motion to stay, which explained "when the United States Supreme Court issues its decision in Global Crossing. . . ., the court will schedule a status conference to determine the best manner in which to move this case forward."

SO ORDERED this 22nd day of May, 2007.

BY THE COURT:

TENA CAMPBELL
Chief Judge